■ In the Matter of STEPHEN DANIEL A. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; SANDRA M., Appellant, et al., Respondent. [995 NYS2d 510]—

In a child protective proceeding pursuant to Family Court Act article 10, the mother appeals from an order of the Family Court, Queens County (Ramseur, Ct. Atty. Ref.), dated February 9, 2012, which continued the placement of the subject child in the custody of the Commissioner of Social Services of the City of New York until the next permanency hearing.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal from the order must be dismissed as academic, as the order has already expired by its own terms (*see Matter of Grayson J. [Sharon H.]*, 119 AD3d 575 [2014]). Moreover, since the mother's parental rights were subsequently terminated, and we are affirming the order of fact-finding and disposition in the related termination proceeding (*see Matter of Stephen Daniel A. [Sandra M.-A.]*, 122 AD3d 837 [2014] [decided herewith]), any modification of the order appealed from would have no practical effect (*see Matter of Tyler C. [Andrea G.]*, 82 AD3d 1093 [2011]; *Matter of Ernest Y. v Orange County Dept. of Social Servs.*, 9 AD3d 411 [2004]; *Matter of Keith C.*, 226 AD2d 369 [1996]). Mastro, J.P., Hall, Roman and Maltese, JJ., concur.